UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LF CENTENNIAL LIMITED, a British Virgin Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>Z-LINE DESIGNS, INC., a Nevada corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No.: 16cv929 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DATE OF MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 117]** |

By joint motion, the parties request that the Court continue the Mandatory Settlement Conference ("MSC") currently scheduled for April 25, 2018 to May 14, 2018, as the royalty auditor does not anticipate completing his report until April 27, 2018. ECF No. 117. The Court already previously rescheduled the MSC due to delays in completing the audit. *See* ECF No. 111. Regardless, because the Court continues to agree that review of the final audit report is a necessary prerequisite to fruitful settlement discussions, the joint motion is **GRANTED**. However, the Court has a conflict with the parties' proposed date of May 14 and the parties have not yet agreed upon an alternate date when the Court is available. Thus, the MSC hereby is **VACATED**, to be reset for a

future date. The parties are directed to notify Chambers once they agree upon an alternate date and the Court will reset the MSC at that time.

**IT IS SO ORDERED.**

Dated: April 20, 2018

Hon. Nita L. Stormes
United States Magistrate Judge