# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LF CENTENNIAL LIMITED, a British Virgin Islands corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Z-LINE DESIGNS, INC., a Nevada corporation; and DOES 1-100, inclusive,<br><br>　　　　　　　　　　　Defendant. | Case No.: 16cv929 JM (NLS)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

　　　Due to a conflict on the Court's calendar, the Court **RESETS** the mandatory settlement conference to **June 14, 2018** at **2:30 p.m.** The parties are directed to submit their confidential settlement briefs to chambers by **June 7, 2018**. The parties must also submit a copy of the audit report to chambers by **June 7, 2018**.

　　　**IT IS SO ORDERED.**

Dated: May 17, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　United States Magistrate Judge